**STATE of Missouri, Respondent,**

v.

**Benjamin WILKINSON, Appellant.**

### No. ED 103997

Missouri Court of Appeals, Eastern District, DIVISION TWO.

FILED: August 22, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 25, 2017

Application for Transfer Denied November 21, 2017

FOR APPELLANT: Charles Barberio, 4542 West Pine, St. Louis, MO 63108.

FOR RESPONDENT: JOSHUA D. HAWLEY, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Benjamin Wilkinson ("Appellant") appeals from the trial court's judgment following a jury trial convicting him of involuntary manslaughter in the first degree, in violation of Section 565.024 (RSMo. 2000), and armed criminal action, in violation of Section 571.015. Appellant was sentenced to seven years' imprisonment for involuntary manslaughter and ten years' imprisonment for armed criminal action, to be served consecutively for a total sentence of 17 years.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).